

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983**

*Peter J. Welsh,
Acting Clerk of Court*

*(717) 221-3920  FAX (717) 221-3959
Internet Address:* www.pamd.uscourts.gov

**Scranton:     (570) 207-5600
Williamsport:  (570) 323-6380**

January 27, 2021

Tiffany Lavigne-Rhodes, Courtroom Deputy
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

    RE: Brian Gundersen – PAMD Case No.: 4:21-MJ-00011
    Charging District's Case No. 1:21-mj-00161

Dear Tiffany:

Please be advised that initial proceedings under Rule 5 were held as to the above named defendant.  The defendant was ordered released and to appear via Zoom before the charging district on February 2, 2021 at 1:00 p.m.  The filings from the court proceeding may be retrieved from NextGen CM/ECF at https://pamd-ecf.sso.dcn and are attached.

If this office can be of any further assistance, please contact the undersigned court clerk at (570) 323-9881.

Regards,
*s/Christine A. Williamson*
Deputy Clerk